PS 8 Revised 07
MD/TN Revised 06/13

# UNITED STATES DISTRICT COURT
## for the
### MIDDLE DISTRICT OF TENNESSEE

U.S.A. vs. Billy Joe Griffith                    Docket No. 0650 3:12CR00076 - 8

### Petition for Action on Conditions of Pretrial Release

COMES NOW Dariel S Blackledge-White, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Billy Joe Griffith who was placed under pretrial release supervision by the Honorable Juliet E. Griffin, U.S. Magistrate Judge sitting in the Court at **Nashville, Tennessee**, on June 22, 2012, under the following conditions: Please reference the attached Order Setting Conditions of Release.

Respectfully presenting petition for action of Court and for cause as follows:
Please reference page two of this document.

I declare under penalty of perjury that the foregoing is true and correct.

Dariel S Blackledge-White  /s/                 Nashville, TN              September 30, 2014
U.S. Pretrial Services Officer                 Place:                     Date:

Next Scheduled Court Event    **Sentencing Hearing**       February 23, 2015
                              Event                         Date

---

### PETITIONING THE COURT

☐ No Action                              ☒ To issue an order setting a hearing on the petition
☐ To Issue a Warrant                     ☐ Other

---

THE COURT ORDERS:
☒ No Action at this time
☐ The Issuance of a Warrant.
   ☐ Sealed Pending Warrant Execution
      (cc: U.S. Probation and U.S. Marshals only)
☐ Other

☐ A Hearing on the Petition is set for

_____    _____
Date                        Time

Considered and ordered this ___1___ day
of ___Oct___, 2014, and ordered filed
and made a part of the records in the above
case.

_____/s/ Todd Campbell_____
Honorable Todd J. Campbell
U.S. District Judge

Honorable Todd J. Campbell
Petition for Action on
GRIFFITH, Billy Joe
Case No. 3:12-CR-00076-08
September 30, 2014

On June 21, 2012, the above referenced defendant was arrested in the Middle District of Tennessee, on a three-count Superseding Indictment which charged him with the following count, to wit: Count One, Conspiracy to Distribute and Dispense Controlled Substances Not for a Legitimate Medical Purpose and Not in Usual Course of Professional Medical Practice, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

On the same date, Mr. Griffith appeared before U.S. Magistrate Judge Juliet E. Griffin for an Initial Appearance. The Government sought detention, and an expedited detention hearing was scheduled for June 22, 2012.

On June 22, 2012, the defendant appeared before the Court, and both parties presented proof. The Court determined there were conditions that would allow for the defendant's release and thus, Mr. Griffith was ordered released on a personal recognizance bond with pretrial supervision. His mother, Reva Jackson, was appointed as the defendant's third-party custodian.

**Special Conditions of Release:**

Please reference the attached Order Setting Conditions of Release.

**VIOLATION(S):**

**Violation No. 1: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner; defendant shall notify Pretrial Services of any medication prescribed by a physician.**

On September 11, 2014, the defendant reported to the U.S. Probation and Pretrial Services Office and submitted a urinalysis which was sent to Alere Laboratories (Alere), located in Gretna, Louisiana. Mr. Griffith admitted that approximately three days before he submitted the urine sample, he consumed unidentified pain pills that he obtained from his friend subsequent to a knee injury. Also, the defendant related that he recently smoked marijuana after he experienced anxiety attack while thinking about his pending sentencing hearing. On September 17, 2014, Alere confirmed the specimen was positive for the presence of marijuana and buprenorphine.

**Current Status of Case:**

The sentencing hearing in this case has been rescheduled for February 23, 2015, at 3:30 p.m.

Honorable Todd J. Campbell
Petition for Action on
GRIFFITH, Billy Joe
Case No. 3:12-CR-00076-08
September 30, 2014

**Probation Officer Action:**

When the defendant was initially placed on pretrial supervision, he was also under supervision of the DeKalb County Drug Court. This supervision was overseen by Community Probation Services, located in Smithville, Tennessee. According to the defendant's probation officer, he complied with the conditions of drug court and successfully completed the program in March 2014.

Subsequent to the defendant's submission of a positive urine screen and admitted drug use, he was verbally reprimanded. Mr. Griffith indicated he was worried about receiving a federal custody sentence and thus, he smoked marijuana. As it relates to consumption of buprenorphine, the defendant said he sustained a knee injury and then received prescription pain pills from an unidentified friend. He indicated he was unaware what type of tablets he ingested. Defendant Griffith denied any substance abuse issues, and he opined he simply "messed up." Initially, the defendant declined substance abuse treatment, but he later stated he would attend if it would prevent revocation of his bond.

Mr. Griffith was placed in Phase 10 of the U.S. Probation Office's Code-a-Phone program, a program whereby defendants call daily to ascertain whether they need to report to the U.S. Probation and Pretrial Services Office to submit a urine screen.

At the conclusion of this meeting, the defendant requested some time to discuss whether he would participate in substance abuse treatment with his family and defense counsel. This officer requested the defendant contact said officer to verify his desire to participate in drug treatment.

On September 23, 2014, this officer left a voicemail message for the defendant and requested a return phone call. As of this writing, Mr. Griffith has failed to confirm he is amenable to substance abuse treatment services.

Honorable Todd J. Campbell
Petition for Action on
GRIFFITH, Billy Joe
Case No. 3:12-CR-00076-08
September 30, 2014

**Respectfully Petitioning the Court as Follows:**

Although the defendant tested positive for marijuana and buprenorphine, he has not expressed a desire to participate in substance abuse treatment. Therefore, Pretrial Services respectfully requests that Mr. Griffith be ordered to appear before the Court to show cause as to why his bond should not be revoked. Assistant United States Attorney Brent Hannafan has been advised of the violation.

_____
Vidette A. Putman
Supervisory U.S. Probation Officer

xc: Brent Hannafan, Assistant U.S. Attorney
      Kenneth D. Quillen, Defense Counsel

Enclosures

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. BILLY GRIFFITH          CASE NO.: 3:12-cr-00076

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## RELEASE ORDER AND CONDITIONS OF RELEASE

☒ Defendant is released on his/~~her~~ own recognizance, no appearance bond shall be posted, and the following ~~statutorily required standard~~ conditions of release are hereby imposed:

☐ Defendant shall be released on a non-surety bond in the amount of _____, no security or monies shall be required for defendant to be released, and the following conditions of release are hereby imposed:

☐ Defendant shall be released on a non-surety bond in the amount of _____, cash in the amount of _____ shall be posted to the Clerk of Court, or such other security as listed below, and the following conditions of released are hereby imposed:

☐ Defendant shall be released on a surety bond as described below:

☐ Defendant shall remain on the conditions of supervised release that have been previously imposed by the District Judge. In addition, defendant shall abide by the following conditions:

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**WHILE ON RELEASE, I FULLY UNDERSTAND:**

1) I may not change my address or move without permission of the Court. My correct address has been provided to Pretrial Services.

2) I must be in Court each and every time I am instructed to be there, and surrender to serve any sentence imposed.

3) I cannot intimidate or harass any witness, victim, informant, juror or officer of the Court; I cannot obstruct any criminal investigation.

4) I must not violate any local, state or federal law. If I do, I could be punished by as much as from 90 days to 10 years imprisonment in addition to the penalty provided for the offense committed.

Page 1 of 5

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. BILLY GRIFFITH  CASE NO.: 3:12-cr-00076

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

5) If I violate any condition of release, a warrant for my arrest could be issued, ~~any bond I signed may be forfeited~~, and new bonds with additional conditions, or my detention until trial, could be ordered by the Court, and I could be held in contempt of Court. BG

6) If I fail to appear at any proceeding in this case or I fail to surrender to serve any sentence imposed, I could be charged and convicted of bail jumping which is punishable by, in some cases, as much as 10 years imprisonment and/or a fine, in addition to any other punishments imposed in the original case. BG

7) This special condition or conditions:

   A. Defendant shall report to Pretrial Services as directed    BG

   B. Defendant shall maintain or actively seek verifiable employment    BG

   C. Defendant shall participate in an evaluation to assess the presence, nature and severity of a substance abuse problem    BG

   D. Defendant shall not have in his possession (on his person, in his home, in his vehicle, at his place of work) any firearms, ammunition, or other dangerous weapon    BG

   E. Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner; defendant shall notify Pretrial Services of any medication prescribed by a physician    BG

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. BILLY GRIFFITH          CASE NO.: 3:12-cr-00076

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

F.   Defendant shall submit to any method of testing required by the Pretrial Services Office for determining whether the defendant is using a prohibited substance, such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing    BG

G.   Defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed appropriate by the Pretrial Services Officer, any inpatient treatment may be followed by up to 90 days in a halfway house    BG

H.   Defendant shall refrain from obstructing or attempting to obstruct of tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release    BG

I.   Defendant shall identify his primary care medical practitioner, and not seek any controlled substances from another doctor without referral by his primary care physician, except for medical emergencies; defendant shall report all prescriptions issued to him to his Pretrial Services Officer    BG

J.   Defendant shall report as soon as possible, within 48 hours, to the supervising officer, any contact with any law enforcement personnel, including, but not limited to any arrest, questioning, or traffic stop    BG

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. BILLY GRIFFITH          CASE NO.: 3:12-cr-00076

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

K. <u>Defendant shall allow a Probation/Pretrial Services Officer to visit at any time at home or elsewhere and confiscate any contraband observed in plain view</u> BG

L. <u>Defendant shall have no contact with any co-defendant in this case, except for contact necessary during working hours with defendant Jeffrey Johnson</u> and such contact shall not include any communication about this case. BG  BG

M. Defendant shall be in the third party custody of Reva Jackson  BG

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. BILLY GRIFFITH             CASE NO.: 3:12-cr-00076

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I acknowledge I have read this Order. I understand that I will receive a copy of it and any Appearance Bond that the Court has ordered at the conclusion of this hearing.

Date: June 22, 2012                    _Billy Griffith_
                                        Defendant                _Billy Griffith_

It is ORDERED that the conditions listed above are imposed. 18 U.S.C. § 3142.

_[signature]_
UNITED STATES MAGISTRATE JUDGE

The Middle District of Tennessee consists of the following counties: Cannon, Cheatham, Clay, Cumberland, Davidson, DeKalb, Dickson, Fentress, Giles, Hickman, Houston, Humphreys, Jackson, Lawrence, Lewis, Macon, Marshall, Maury, Montgomery, Overton, Pickett, Putnam, Robertson, Rutherford, Smith, Stewart, Sumner, Trousdale, Wayne, White, Williamson and Wilson.

The following are pertinent Middle District of Tennessee numbers (Area Code 615):
| | |
|---|---|
| U.S. Magistrate Judge Juliet Griffin | - 736-5164 |
| U.S. Magistrate Judge Joe B. Brown | - 736-7052 |
| U.S. Magistrate Judge E. Clifton Knowles | - 736-7347 |
| U.S. Magistrate Judge John S. Bryant | - 736-5878 |
| Clerk of Court | - 736-5498 |
| U.S. Marshal | - 736-5417 |
| U.S. Attorney | - 736-5151 |
| U.S. Probation | - 736-5771 |
| Federal Public Defender | - 736-5047 |

The United States District Court in Nashville is located in the United States Courthouse, 801 Broadway, at the corner of Eighth and Broad. The Court in Cookeville is located at 9 East Broad Street. The Court in Columbia is located at 816 South Garden Street.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. BILLY GRIFFITH        NO. 3:12-00076

*************************************************

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release to a third-party custodian will assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the following condition:

**The defendant is placed in the third-party custody of:**

(Name of Persons) _Reva Jackson_

(Street Address) _9659 Short Mountain Rd._

(City, State, Zip Code) _Smithville, TN 37166_

(Tel. Nos., Work and Home)  Work: _____
Home: _615-563-7121_
Cell: _615-962-3081_

who agree(s) (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the Court immediately in the event the defendant violates any condition of release or disappears.

By affixing my(our) signatures hereto, I(we), the above-designated third-party custodian(s), understand that my(our) failure to abide by this agreement may subject me(us) to contempt of court proceedings.

_June 22, 2012_         _/s/ Reva D. Jackson_
Date                    Third-Party Custodian

                        _____
                        Third-Party Custodian

It is so ORDERED.       _/s/_____
                        UNITED STATES MAGISTRATE JUDGE



# Drug Test Report

1111 Newton Street
Gretna, LA 70053
(800) 433-3823 - (504) 361-8989
FAX: (504) 361-8298

| | |
|---|---|
| TENNESSEE MIDDLE - PRETRIAL NASHVILLE | |
| WILLIAM LORD | |
| 110 NINTH AVENUE SOUTH | |
| SUITE A725 | |
| NASHVILLE, TN 37203 | |
| Facility Phone: 615-736-5771    Fax: 615-736-5519 | |

Account Number: 06500001S
Div. Office Number: 06500001S
National Lab Number: 43111336
Specimen ID Number: B02550902
Specimen Type: URINE

Collection Site Number: 06500001S
Collection Site Name: TENNESSEE MIDDLE PRETRIAL-NASHVILLE
Collection Site Address: 110 NINTH AVENUE SOUTH
Collection Site City, State Zip: NASHVILLE, TN 37203
Collection Site Phone: 615-736-5771
Collection Site Fax: 000-000-0000

PACTS Number: 23616
Onsite Test ID:
Case Officer Initials: DBW

Collector Name
PETTIT

**Donor Name/ID: GRIFFITH**

Reason for Drug Test: URINE SURVEILLANCE

Date Collected: 9/11/2014
Date Received: 9/15/2014
Date Reported: 9/17/2014

Panel Description: CLIN 1098 - THC CONF

| Drug Test Result | Drug/Remark | Quantitative Value |
|---|---|---|
| **POSITIVE** | MARIJUANA METABOLITE | |

Confirmation Method: GC/MS and/or LC-MS/MS

The following drugs and/or drug classes were tested at the indicated threshold (cut-off) levels:

| Description | Screening Level | Confirmation Level | Result |
|---|---|---|---|
| MARIJUANA METABOLITE | | 15 ng/ml | POSITIVE |

POSITIVE

Comments    MULTIPLE REPORTS ARE BEING ISSUED ON THIS SPECIMEN WITH LAB NUMBERS :43111336,43111337.

_____                                    _____
TRIANDA SPRIGGENS - CERTIFYING TECHNICIAN/SCIENTIST           PETTIT
                                                              COLLECTOR NAME



# Drug Test Report

1111 Newton Street
Gretna, LA 70053
(800) 433-3823 - (504) 361-8989
FAX: (504) 361-8298

| | |
|---|---|
| TENNESSEE MIDDLE - PRETRIAL NASHVILLE<br>WILLIAM LORD<br>110 NINTH AVENUE SOUTH<br>SUITE A725<br>NASHVILLE, TN 37203<br>Facility Phone: 615-736-5771    Fax: 615-736-5519 | Account Number: 06500001S<br>Div. Office Number: 06500001S<br>National Lab Number: 43111337<br>Specimen ID Number: B02550902<br>Specimen Type: URINE |

Collection Site Number: 06500001S
Collection Site Name: TENNESSEE MIDDLE PRETRIAL-NASHVILLE
Collection Site Address: 110 NINTH AVENUE SOUTH
Collection Site City, State Zip: NASHVILLE, TN 37203
Collection Site Phone: 615-736-5771
Collection Site Fax: 000-000-0000

PACTS Number: 23616
Onsite Test ID:
Case Officer Initials: DBW

Collector Name
PETTIT

**Donor Name/ID: GRIFFITH**

Date Collected: 9/11/2014
Date Received: 9/15/2014
Date Reported: 9/16/2014

Reason for Drug Test: URINE SURVEILLANCE

Panel Description: CLIN 1171 & CLIN 1097 - BUPRENORPHINE

| Drug Test Result | Drug/Remark | Quantitative Value |
|---|---|---|
| **POSITIVE** | BUPRENORPHINE (SUBOXONE)<br>NORBUPRENORPHINE | |

Confirmation Method: GC/MS and/or LC-MS/MS

The following drugs and/or drug classes were tested at the indicated threshold (cut-off) levels:

| Description | Screening Level | Confirmation Level | Result |
|---|---|---|---|
| BUPRENORPHINE (SUBOXONE)* | 5 ng/ml | 5 ng/ml | POSITIVE |

POSITIVE

\* - **Testing Performed by LC-MS/MS**

Comments    MULTIPLE REPORTS ARE BEING ISSUED ON THIS SPECIMEN WITH LAB NUMBERS :43111336,43111337.

_____
GEORGE DORSEY - CERTIFYING TECHNICIAN/SCIENTIST

PETTIT
_____
COLLECTOR NAME



# Chain of Custody for Drug Analysis
## Federal Pretrial Services

**Alere Toxicology Services, Inc.**
1111 Newton St., Gretna, LA 70053
(504) 361-8989 (800) 433-3823

**Specimen Number:** B02550902

**Account Number:** 065000015

### Results Name & Address
TENNESSEE MIDDLE...
- PRETRIAL NA
110 NINTH AVENUE SOUTH
SUITE A725
NASHVILLE, TN 37203

065000015

### Tests Ordered (Check all that apply)
- [ ] Primary Test Panel
- [ ] Secondary Test Panel
- [ ] Special Test Panel
- [x] Confirmation Only (specify) THC
- [x] Individual Special Tests (specify) BuP

## SPECIMEN ID INFORMATION
Case Officer Initials: DBW
Date Collected: 09/11/14

Collector's Name: Pettit

- [ ] 01 Officer
- [ ] 02 Treatment Program
- [x] 03 Other DPA

Offender/Defendant Last Name: Griffith
First Name: Billy
PACTS No.: 23616
Onsite/Test ID:

### Reason For Specimen
- [ ] 01 Presentence Report
- [ ] 02 Substance Abuse Treatment
- [ ] 03 Mental Health Treatment
- [x] 04 Urine Surveillance
- [ ] 05 Pretrial Report
- [ ] 06 Other (specify)

## MEDICAL QUESTIONNAIRE
Medicine(s) Name | Reason for Use | Date Used

### Offender/Defendant Certification
I certify the specimen I have provided on this date is my own and has not been adulterated. The specimen bottle was sealed in my presence. I have verified that the specimen number of the form, the barcode, and the specimen security seal are identical.

Offender/Defendant Signature / Date: 9-11-14

### Specimen Collector Certification
I certify I collected the specimen identified by the specimen number on this form in accordance with the required collection procedures. I certify I applied the numbered security seal and barcode to the specimen bottle in the offender/defendant's presence. I have verified that the specimen number on the form, the barcode, and the specimen seal are identical.

Collector's Signature / Date: Pettit 9-11-14

### Specimen Transfer Certification
I certify I prepared for transfer to Testing Laboratory the specimen identified by the specimen number on this form and have verified the identity of the specimen with its collection chain of custody documentation. I certify I applied the numbered security seal and barcode to the specimen bottle. I have verified the specimen number on the form, the barcode, and specimen security seal are identical.

Transferer's Signature / Date:


B02550902  S

**B02550902**

Apply Barcode vertically on bottle

Use second seal & barcode for specimens screened on site.

Testing Laboratory
Collector's Initials  Date Collected

(PLACE OVER CAP OF SPECIMEN)

B02550902
SPECIMEN NO.

Security Seal
Federal Probation/Pretrial

## COLLECTOR INSTRUCTIONS
* COMPLETE - Specimen ID Information before collection
* COLLECT - Specimen in accordance with Administrative Procedures
* AFFIX - Security Seal and barcode to specimen bottle as illustrated above
* ASK - Offender/Defendant to verify bottle was sealed in his/her presence
* INITIAL - Initial security seal and enter date collected
* ASK - Offender/Defendant to read, sign, and date Offender/Defendant Certification
* SIGN - Specimen Collector Certification after sealing specimen bottle and applying security seal

9315286914

Form # 2004B

